JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KELLY KEVIN KING, )
)
               Plaintiff, )
)
  -v- )     Case No.
EXPERIAN INFORMATION SOLUTIONS INC. )     SA CV 11-1112-DOC(MLGx)
ET AL. )
)
)     ORDER DISMISSING CIVIL ACTION
               Defendants. )
_____ )

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 45 days, to reopen this action if settlement is not consummated.

DATED: April 19, 2012

_____
DAVID O. CARTER
United States District Judge